

# Fourth Court of Appeals
## San Antonio, Texas

January 7, 2020

No. 04-18-00819-CV

Margarita **MALDONADO**,
Appellant

v.

Trenton **FRANKLIN**,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-24167
Honorable Rosie Alvarado, Judge Presiding

# O R D E R

Sitting:     Rebeca C. Martinez, Justice
             Irene Rios, Justice
             Liza A. Rodriguez, Justice

The panel has considered the appellant's motion for rehearing, and the motion is hereby DENIED.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of January, 2020.

_____
Michael A. Cruz,
Clerk of Court